IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Rapides Parish School Board**, *Plaintiff,* v. **United States Department of Education**, et al., *Defendants.* | **Case No.** 1:24-cv-00567  **Judge** _____  **Magistrate Judge** _____ |

# DECLARATION OF JEFF POWELL

I, Jeff Powell, declare as follows:

1. I am above the age of 21, and fully competent to make this declaration.

2. These facts are within my personal knowledge and are true and correct. If called to testify, I could and would testify competently to these facts.

3. As Superintendent of the Rapides Parish School Board ("the school board"), I serve as the school board's executive officer and its professional advisor.

4. The school board operates 42 schools for students from pre-K through 12th grade.

5. For the 2023–2024 school year, the pre-K through 12th grade student body numbered approximately 21,000.

6. The school board receives federal funding administered by the United States Department of Education, including funding under the Individuals with Disabilities Education Act and Title I of the Elementary and Secondary Education Act.

7. In the 2024 fiscal year, the school board received approximately $30 million from these and other federal funding sources. Federal funds account for approximately 10% of the school board's annual budget.

8. Presently, all but one of the school board's campuses participate in Title I schoolwide.

9. It would cause the school board significant financial harm to lose eligibility for these federal programs.

10. The school board also receives funding from the State of Louisiana.

11. I and other personnel have already spent at least ten hours of time and resources analyzing the Department of Education's new Title IX rule and obtaining legal advice on how the rule applies to the school board.

12. The word "sex," as I use it in this declaration, means biological distinctions between male and female.

13. Providing physical education and athletic opportunities is part of the school board's educational mission.

14. Seventh through twelfth grade physical education (P.E.) classes at Rapides Parish school campuses are sex-specific. P.E. classes regularly include contact sports, such as basketball and soccer. The school board worries that girls will be harmed if they are forced to compete in these contact sports with boys who identify as girls.

15. Rapides Parish schools offer extracurricular activities, including interscholastic athletics. Many school sports teams are sex-specific. For example, Rapides Parish high schools field separate boys' and girls' teams for basketball, cross country, soccer, swimming, and track.

16. The school board has determined that girls' athletic opportunities with be undermined, the fairness of women's sports will be jeopardized, and the safety of

female athletes will be compromised if girls are forced to compete against boys who identify as girls.

17. The school board complies with Louisiana law, including the Fairness in Women's Sports Act.

18. I am aware of five current students at the school board's high schools, six students at its middle schools, and two students at its elementary schools who have identified a gender identity that differs from their sex. One of these students identifies as "nonbinary."

19. The school board's practice is that all students, including those who identify as a gender that differs from their sex, participate in school activities based on sex. For example, a school would not enroll a male student in a girls' P.E. class, even if that student self-identified as a girl.

20. The school board's practice is that all persons use sex-designated private facilities (such as restrooms, locker rooms, or changing rooms) based on biological sex. Facilities designated for "men" or "boys" may be used by biological males only. Facilities designated for "women" or "girls" may be used by biological females only.

21. The school board does not have and does not intend to adopt a policy mandating that staff or students use opposite-sex names or pronouns when referring to transgender students.

22. Attached as Exhibit 1-A is a true and correct copy of excerpts from the Rapides Parish School Board Policies Handbook and Student Code of Conduct for the 2023–2024 school year. These policies use the word "gender" as a synonym for "sex," with both words meaning the biological binary of male and female. *See, e.g.*, Ex. A at 101–102, 104–107.

23. Attached as Exhibit 1-B is a true and correct copy of the school board's "Field Trips and Excursions" policy for the 2023–2024 school year.

3

24.  Attached as Exhibit 1-C is a true and correct copy of the school board's "Employee Conduct" policy for the 2023–2024 school year.

25.  Many of the school board's policies and practices will have to be amended to account for transgender-identifying students, faculty, staff, or parents if the new Title IX rule is not enjoined. The school board would not make these amendments to its policies and practices but for the new Title IX rule forcing the board to do so.

I declare under 28 U.S.C. § 1746 and under penalty of perjury that this declaration is true and correct based on my personal knowledge.

Executed this 29th day of April, 2024, at Alexandria, Louisiana.

_____
Jeff Powell
Superintendent
Rapides Parish School Board