# EXHIBIT 1-B

*Rapides Parish School Board*
*Field Trips and Excursions Policy*

**FILE:  IFCB**
**Cf:  EDAE**

# *FIELD TRIPS AND EXCURSIONS*

The Rapides Parish School Board recognizes that educational field trips and trips to various types of contests for instructional purposes help provide desirable learning experiences.  The Superintendent shall have responsibility for development of administrative criteria governing field trips and excursions.  Only those field trips that grow out of the instructional program or are otherwise related to the program, may be permitted on school time.  Other trips such as those involving band and athletic activities should be confined to non-school time, except where the school is engaged in an activity, competition or contest that requires use of school time.

Teachers planning on conducting field trips or out-of-class learning experiences shall submit an application in writing to the principal for approval.  Before any trip or excursion is taken, *written parental permission* forms shall be secured for every student planning to take the trip.  Students who have not submitted signed parental permission forms shall not be allowed to take the trip.

Before approval of any field trip is given, it shall be determined whether the trip is covered by the School Board's liability insurance.  No travel shall be authorized where coverage cannot be secured prior to the trip commencing.  In addition, private vehicles shall not be used for transporting students on field trips or interscholastic activities unless evidence of adequate liability insurance coverage on the private vehicle is presented to the principal and such vehicle is driven by properly licensed adult.  Liability insurance with the minimum limits of at least $25,000 each person/$50,000 each occurrence bodily injury and $25,000 property damage shall be required by the School Board.  Individuals who use their own vehicles to transport students on field trips shall be required to sign acknowledgement forms regarding insurance requirements.

Only buses belonging to or contracted to the School Board and driven by certified drivers shall be permitted.

Additionally, any field trips consisting of boys and girls and requiring them to stay overnight must be chaperoned by faculty, staff, or parents of both sexes.  Parents should be encouraged to serve as chaperones when possible.

The use of alcohol or any other illegal drug shall be strictly prohibited.  All students shall be subject to the Rapides Parish School Board alcohol and drug policy.  All luggage, as well as ice chests, shall be inspected by the chaperones to make sure that no alcohol or other illegal drugs are present before or during field trips.  Behavior rules and regulations are the same as those while the students are attending school.  These facts should be emphasized on the written parental permission forms.

Students shall be reminded that they are representing their school and all disorderly conduct shall reflect on their school.  Also, any student violating any of these rules should be sent home immediately after their parents have been notified.

Ref:    La. Rev. Stat. Ann. §§17:81, 17:176.1
        Board minutes, 6-4-96, 2-5-97, 6-17-02

Rapides Parish School Board