**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **Rapides Parish School Board**, | |
| *Plaintiff,* | **Case No.** 1:24-cv-00567 |
| v. | **Judge _____** |
| **United States Department of Education**, et al., | **Magistrate Judge _____** |
| *Defendants.* | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiff Rapides Parish School Board in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the District of Columbia Court of Appeals, which Congress established as the highest court of the District of Columbia in 1970. Attached hereto is a certificate of good standing from the Bar of the District of Columbia.[1]

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings instituted against me.

_____

[1] Certificates of Good Standing are issued by the DC Bar on behalf of the Court of Appeals. https://admissions.dcappeals.gov/news.action?id=211

- There have been no criminal charges instated against me, except as provided in Attachment 1.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Michael T. Johnson, of the firm of Johnson, Siebeneicher & Ingram is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Federal Rule of Civil Procedure 77 and Local Rule 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of email notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted this 30th day of April, 2024.

s/ Matthew S. Bowman

**Matthew S. Bowman***
DC Bar No. 993261
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org

*Applying Attorney

s/ Michael T. Johnson

**Michael T. Johnson****
LA Bar No. 14401
**Johnson, Siebeneicher & Ingram**
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

**Local Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on April 30th, 2024, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court for the United States District Court Western District of Louisiana by using the CM/ECF system. I further certify that the following non-registered CM/ECF users will be served along with the complaint via USPS Certified Mail, Priority Mail:

**United States of America**
United States of America
c/o Brandon Bonaparte Brown,
    United States Attorney
*Attn: Civil-Process Clerk*
U.S. Attorney's Office for the
    Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101

**United States of America**
c/o Merrick B. Garland
    Attorney General of the United States
U.S. Department of Justice
*Attn: Assistant Attorney General for*
    *Administration*
Justice Management Division, Room 1111
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Miguel Cardona**, Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

**Catherine E. Lhamon**, Assistant
Secretary for Civil Rights
U.S. Department of Education
Office for Civil Rights
400 Maryland Avenue, SW
Washington, D.C. 20202

**U.S. Department of Education**
400 Maryland Avenue, SW
Washington, DC 20202

**Merrick B. Garland**, Attorney
General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Kristen Clarke**, Assistant Attorney
General for Civil Rights
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

s/ Michael T. Johnson