IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Rapides Parish School Board**, *Plaintiff,* v. **United States Department of Education**, et al., *Defendants.* | **Case No.** 1:24-cv-00567<br><br>**Judge** _____<br><br>**Magistrate Judge** _____ |

**[PROPOSED] ORDER
GRANTING MOTION TO APPEAR PRO HAC VICE**

IT IS ORDERED that Matthew S. Bowman be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Rapides Parish School Board in the above-described action.

SO ORDERED on this, the \_\_\_\_ day of _____, 2024.

_____

**U.S. Magistrate Judge**