# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **Rapides Parish School Board**, *Plaintiff,* v. **United States Department of Education**, et al., *Defendants.* | **Case No.** 1:24-cv-00567 <br><br> **Judge** _____ <br><br> **Magistrate Judge** _____ |

## ORDER
## GRANTING MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that Matthew S. Bowman be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Rapides Parish School Board in the above-described action.

SO ORDERED on this, the 1st day of May, 2024.

_____
**U.S. Magistrate Judge**

1