IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Rapides Parish School Board**, *Plaintiff*, v. **United States Department of Education**, et al., *Defendants*. | **Case No.** 1:24-cv-00567  **Judge** _____  **Magistrate Judge** _____ |

**ORDER**
**GRANTING MOTION TO APPEAR PRO HAC VICE**

IT IS ORDERED that Natalie Deyo Thompson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Rapides Parish School Board in the above-described action.

SO ORDERED on this, the 1st day of May, 2024.

*[signature]*

**U.S. Magistrate Judge**