IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STATE OF LOUISIANA et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION et al.,<br><br>*Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION et al.,<br><br>*Defendants*. | No. 24-cv-567 |

## DEFENDANTS' NOTICE OF FILING A MOTION TO CONSOLIDATE

Please take notice that Defendants have filed a motion to consolidate this case with the other above-captioned case, *Louisiana v. ED*, No. No. 24-cv-563.

Dated: May 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Deputy Branch Director

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*