IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Rapides Parish School Board**, *Plaintiff,* v. **United States Department of Education, et al.**, *Defendants.* | **Case No. 1:24-cv-00567-TAD-JPM** **Judge Terry A. Doughty** **Magistrate Judge Joseph H.L. Perez-Montes** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO DELAY EFFECTIVE DATE AND FOR
<u>PRELIMINARY INJUNCTION</u>**

Before the Court is Plaintiff Rapides Parish School Board's motion to delay effective date and for preliminary injunction. (Doc. No. __.) Having considered the motion, evidence, briefs, and arguments of the parties, the Court GRANTS the motion and postpones in part the August 1, 2024, effective date of the Department of Education's final rule, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 33,474 (April 29, 2024) (the Rule), until completion of judicial review.

For the reasons set out in its accompanying memorandum opinion, the Court finds that Plaintiff is likely to succeed on the merits of its claims, that Plaintiff will suffer irreparable harm unless the Rule's effective date is postponed, that the harm to Plaintiff outweighs any harm that temporary relief would cause Defendants, and that relief is in the public interest. Therefore, pursuant to 5 U.S.C. § 705, the Court postpones the August 1, 2024, effective date of the gender-identity mandate in the Rule, including 34 C.F.R. §§ 106.10 and 106.31(a)(2) as amended, and the Rule's

standard for unlawful sex-based harassment, including 34 C.F.R. §§ 106.2 and 106.44(a) as amended.

Additionally, this Court enters a preliminary injunction prohibiting defendants from enforcing a gender-identity mandate under Title IX during the pendency of this litigation. In particular, Defendants may not require Plaintiff to apply a gender-identity mandate under Title IX to sex-specific physical education classes and athletics programs, restrooms, locker rooms, overnight accommodations, and other educational programs or activities, and Defendants may not require Plaintiff to enforce the Rule's standard for unlawful sex-based harassment, including 34 C.F.R. § 106.2 as amended by the Rule, against its students, staff, or any other individuals or enforcing 34 C.F.R. § 106.2 against Plaintiff.

No security or bond is required.

This Order is effective immediately and shall remain in effect until final resolution of this case or further order.

IT IS SO ORDERED.

Signed this __ day of _____, 2024.

_____
Hon. Terry A. Doughty
Chief Judge, United States District Court for
the Western District of Louisiana