AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Michael T Johnson**
        **Johnson Siebeneicher & Ingram**
        **P O Box 7598**
        **Alexandria, LA 71306**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2024__

     _/s/ – Daniel J. McCoy_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501−6832** was received by me on *(date)* April 30, 2024 .

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501−6832** at *(place)*_____
  _____ on *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):* On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear pro hac vice & proposed orders thereto by certified mail, priority mail to United States of America, c/o Brandon Bonaparte Brown, United States Attorney, Attn: Civil-Process Clerk, U.S. Attorney's Office for the Western District of Louisiana, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101. (FRCP 4(i)(2).) The item was delivered on May 3, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: May 14, 2024                    *Joseph M. Connelly*
                                      *Server's signature*

                                      Joe Donnelly, Legal Administrative Assistant
                                      *Printed name and title*

                                      44180 Riverside Parkway, Lansdowne, VA 20176
                                      *Server's address*

Additional information regarding attemped service,
etc:  See Attachment 1, U.S. Postal Service Certified Mail Receipt and
      Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ 3.65
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Sent To U.S. Attorney's office for the western District
Of. Louisiana
Street and Apt. No., or PO Box No.
300 Fannin Street, Suite 3201
City, State, ZIP+4®
Shreveport, LA 71101

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0350 0000 1366 2015

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

United States of America
United States of America
c/o Brandon Bonaparte Brown
United States Attorney
Attn. Civil Process Clerk
US. Attorney for the W. Dist. of LA
300 Fannin Street, Suite 3202
Shreveport, LA 71102

9590 9402 8708 3310 0383 35

**2. Article Number** *(Transfer from service label)*

7021 0350 0000 1366 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C19

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

J Do

C. Date of Delivery

5/3/24

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type**
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH<br>Plaintiff | )<br>) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al.<br>Defendant | )<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**


  A lawsuit has been filed against you.

  Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **Michael T Johnson**
    **Johnson Siebeneicher & Ingram**
    **P O Box 7598**
    **Alexandria, LA 71306**

  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2024__        __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530−0001**
was received by me on *(date)*____April 30, 2024_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530−0001**
  at *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  who resides there, on *(date)*_____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)*_____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):* On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear pro hac vice & proposed orders thereto by certified mail, priority mail to United States of America, c/o Merrick B. Garland, Attorney General of the United States, United States Department of Justice, Attn: Assistant Attorney General for Administration, Justice Management Division, Room 1111, 950 Pennsylvania Avenue NW, Washington, D.C. 20530. (FRCP 4(i)(2).) The item was delivered on May 3, 2024.

My fees are $_____ for travel and $_____ for services, for a total of $_____
_____.

I declare under penalty of perjury that this information is true.

Date: _May 14, 2024_          _Joseph M. Donnelly_
                                *Server's signature*

                              Joe Donnelly, Legal Administrative Assistant
                                *Printed name and title*

                              44180 Riverside Parkway, Lansdowne, VA 20176
                                *Server's address*

Additional information regarding attemped service,
etc: See Attachment 1, U.S. Postal Service Certified Mail Receipt and
    Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $ 3.05
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 17.90  9.95

Total Postage and Fees
$ 17.90

United States of America, C/O Merrick B. Garland
Attorney General of the United States
US Justice Management Division, Room 1111
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

7021 0350 0000 1396 2008

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
Attn: Assistant Attorney General for
Administrativ
Justice Management Division, Room 1111
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 8708 3310 0384 03

2. Article Number *(Transfer from service label)*

7021 0350 0000 1366 2008

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH<br><span style="font-size:smaller">Plaintiff</span> | ) |
| | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al.<br><span style="font-size:smaller">Defendant</span> | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Education**
400 Maryland Avenue, SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Michael T Johnson**
> **Johnson Siebeneicher & Ingram**
> **P O Box 7598**
> **Alexandria, LA 71306**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2024       /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Education** was received by me on
*(date)* April 30, 2024                          .

- I personally served the summons on **U S Dept of Education** at
  *(place)*_____  _____ on
  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____  _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify)*:  On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear
  pro hac vice & proposed orders thereto by certified mail, priority mail to United States
  Department of Education, 400 Maryland Avenue SW, Washington, D.C. 20202. (FRCP 4(i)(2).)
  The item was delivered on May 2, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Joseph M. Donnelly*
*Server's signature*

Joe Donnelly, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attemped service,
etc:  See Attachment 1, U.S. Postal Service Certified Mail Receipt and
Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $ 3.65
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Sent To
U.S. Department Of Education
Street and Apt. No., or PO Box No.
400 Maryland Avenue, SW
City, State, ZIP+4®
Washington, DC 20202

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

(Postmark: APR 30 2024 — LEESBURG POST OFFICE, FALLS CHURCH VA)

7021 0350 0000 1354 1809

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20002

9590 9402 8708 3310 0383 73

2. Article Number (Transfer from service label)

7021 0350 0000 1366 1803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Roland Halley ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Roland Stallings   5-2-24

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Miguel Cardona**, Secretary
 U.S. Department of Education
 400 Maryland Avenue, SW
 Washington, DC 20202

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) —–
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               **Michael T Johnson**
               **Johnson Siebeneicher & Ingram**
               **P O Box 7598**
               **Alexandria, LA 71306**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/30/2024__

     __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Miguel Cardona** was received by me on
*(date)*____April 30, 2024_____.

- I personally served the summons on **Miguel Cardona** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  _____ who resides there, on *(date)* _____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*  On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to
  appear pro hac vice & proposed orders thereto by certified mail, priority mail to Miguel
  Cardona, Secretary, United States Department of Education, 400 Maryland Avenue SW,
  Washington, D.C. 20202. (FRCP 4(i)(2).) The item was delivered on May 2, 2024.
My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

_Joseph M. Donnelly_
Server's signature

Joe Donnelly, Legal Administrative Assistant
Printed name and title

44180 Riverside Parkway, Lansdowne, VA 20176
Server's address

Additional information regarding attemped service,
etc:   See Attachment 1, U.S. Postal Service Certified Mail Receipt and
Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)         $ 3.65
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Postmark Here — APR 30 2024 LEESBURG POST OFFICE

Sent To
Miguel Cardona, Secretary of the U.S. Dept. of Ed.

Street and Apt. No., or PO Box No.
400 Maryland Avenue, SW

City, State, ZIP+4
Washington, DC 20202

7021 0350 0000 1366 1797

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miguel Cardona, Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

9590 9402 8708 3310 0383 66

2. Article Number (Transfer from service label)

7021 0350 0000 1366 1797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

C. Murray        5/2/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| SCHOOL BOARD RAPIDES PARISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
|  | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Catherine Lhamon** , Assistant Secretary for Civil Rights
U.S. Department of Education
Office for Civil Rights
400 Maryland Avenue, SW
Washington, D.C. 20202

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Michael T Johnson**
> **Johnson Siebeneicher & Ingram**
> **P O Box 7598**
> **Alexandria, LA 71306**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2024

   /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Catherine Lhamon** was received by me on
*(date)*___April 30, 2024_____.

     • I personally served the summons on **Catherine Lhamon** at
     *(place)*_____  _____ on
     *(date)*_____; or

     • I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion
     who resides there, on *(date)* _____ , and mailed a copy to the individual's
     last known address; or

     • I served the summons on *(name of individual)* _____ , who is
     designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)*
     _____; or

     • I returned the summons unexecuted because _____
     _____; or

     • Other *(specify):*  On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear
     pro hac vice & proposed orders thereto by certified mail, priority mail to Catherine Lhamon,
     Assistant Secretary for Civil Rights, United States Department of Education, Office for Civil
     Rights, 400 Maryland Avenue SW, Washington, D.C. 20202. (FRCP 4(i)(2).) The item was
     delivered on May 2, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: May 25, 2024

_Joseph M. Donnelly_
*Server's signature*

Joe Donnelly, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attemped service,
etc:  See Attachment 1, U.S. Postal Service Certified Mail Receipt and
     Attachment 2, USPS Tracking.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)       $ 3.65
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Catherine E. Lhamon, Assistant Secretary
for Civil Rights
Street and Apt. No., or PO Box No.
400 Maryland Avenue, SW
City, State, ZIP+4®
Washington, DC 20202

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0350 0000 1366 1988

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 70210350000013661988

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:03 pm on May 2, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
May 2, 2024, 12:03 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
May 2, 2024, 8:30 am

● **Arrived at USPS Regional Facility**
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
May 2, 2024, 7:59 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 2, 2024, 7:33 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 2, 2024, 7:11 am

● **Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
May 2, 2024, 3:35 am

**Departed USPS Regional Facility**

MERRIFIELD VA DISTRIBUTION CENTER
May 2, 2024, 2:55 am

**Arrived at USPS Regional Facility**

MERRIFIELD VA DISTRIBUTION CENTER
May 1, 2024, 6:07 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                    ⌄

---

**Product Information**                                                    ⌃

**Postal Product:**                          **Features:**
                                             Certified Mail™

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| SCHOOL BOARD RAPIDES PARISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
|  | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael T Johnson**
**Johnson Siebeneicher & Ingram**
**P O Box 7598**
**Alexandria, LA 71306**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2024     _/s/ – Daniel J. McCoy_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Justice** was received by me on
*(date)* __April 30, 2024_____ .

- I personally served the summons on **U S Dept of Justice** at
  *(place)*_____ _____ on
  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____ ; or
  _____ ; or

- Other *(specify):* On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to
  appear pro hac vice & proposed orders thereto by certified mail, priority mail to United
  States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530.
  (FRCP 4(i)(2).) The item was delivered on May 3, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: __May 13, 2024__

_____
*Server's signature*

Joe Donnelly, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attemped service,
etc:  See Attachment 1, U.S. Postal Service Certified Mail Receipt and
     Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $ 3.65
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Sent To  U.S. Department Of Justice
Street and Apt. No., or PO Box No.  950 Pennsylvania Avenue, NW
City, State, ZIP+4®  Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0350 0000 1366 1834

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0002

9590 9402 8708 3310 0383 80

2. Article Number (Transfer from service label)

7021 0350 0000 1366 1834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

MAY 03 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

INSPECTED 14

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH<br><span style="font-size:smaller">Plaintiff</span> | )<br>) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al.<br><span style="font-size:smaller">Defendant</span> | )<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Merrick B Garland** , Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Michael T Johnson**
> **Johnson Siebeneicher & Ingram**
> **P O Box 7598**
> **Alexandria, LA 71306**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2024

   /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24–CV–00567–TAD–JPM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Merrick B Garland** was received by me on
*(date)* __April 30, 2024__ .

- I personally served the summons on **Merrick B Garland** at
  *(place)*_____ _____ on
  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):* On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear pro hac vice & proposed orders thereto by certified mail, priority mail to Merrick B. Garland, Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530. (FRCP 4(i)(2).) The item was delivered on May 3, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: __May 13, 2024__

*Joseph M. Donnelly*
*Server's signature*

Joe Donnelly, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attemped service,
etc:   See Attachment 1, U.S. Postal Service Certified Mail Receipt and
     Attachment 2, USPS Domestic Return Receipt "Green Card."



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $ 3.05
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 9.85

Total Postage and Fees
$ 17.90

Sent To
Merrick B. Garland, Attorney General of the U.S.
Street and Apt. No., or PO Box No.
950 Pennsylvania Avenue, NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0350 0000 1366 1810

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

merrick B. Garland
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
washington, DC 20530-0001

9590 9402 8708 3310 0383 97

2. Article Number *(Transfer from service label)*

7021 0350 0000 1366 1810

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
MAY 0 3 2024

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SCHOOL BOARD RAPIDES PARISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:24–CV–00567–TAD–JPM |
| | ) Judge Terry A Doughty |
| U S DEPT OF EDUCATION , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Kristen Clarke** , Assistant Attorney General for Civil Rights
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Michael T Johnson**
        **Johnson Siebeneicher & Ingram**
        **P O Box 7598**
        **Alexandria, LA 71306**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/30/2024

      /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:24−CV−00567−TAD−JPM

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kristen Clarke** was received by me on *(date)* April 30, 2024 .

- I personally served the summons on **Kristen Clarke** at
  *(place)*_____ _____ on
  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):* On Tuesday, April 30, 2024, I mailed a copy of the summons; complaint; and motions to appear
  pro hac vice & proposed orders thereto by certified mail, priority mail to Kristen Clarke,
  Assistant Attorney General for Civil Rights, United States Department of Justice, Civil Rights
  Division, 950 Pennsylvania Avenue NW, Washington, D.C. 20530. (FRCP 4(i)(2).) The item was
  delivered on May 3, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: May 13, 2024

*Server's signature*

Joe Donnelly, Legal Administrative Assistant
*Printed name and title*

44180 Riverside Parkway, Lansdowne, VA 20176
*Server's address*

Additional information regarding attemped service,
etc:  See Attachment 1, U.S. Postal Service Certified Mail Receipt and
Attachment 2, USPS Domestic Return Receipt "Green Card."



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kristen Clarke
Assitant Attorney General for Civil Rights
U.S Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington DC 20530

9590 9402 8708 3310 0383 42

2. Article Number (Transfer from service label)

7021 0350 0000 1366 1971

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MAY 0 3 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

INSPECTED 2...

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt